IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JULIO JESUS RODRIGUEZ　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　　　　No. 14-5034

MICHAEL HENDRIX, Detective,
Springdale Police Department　　　　　　　　　　　　　　　DEFENDANT

**O R D E R**

On this 3rd day of April, 2014, there comes on for consideration the Report and Recommendation (Doc. 5) filed in this case on March 6, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ Timothy L. Brooks
　　　　　　　　　　　　　　　　　　　　　Timothy L. Brooks
　　　　　　　　　　　　　　　　　　　　　United States District Judge